

RECEIVED
APR 16 2026
PRO SE OFFICE

**ANGELA D   DOWLING**

Petitioner,,

**Laura M Danks**

Responder,

UNITED STATES COURT

NEW JERSEY

26 CV 3152

REC'D SDNY CLERK'S OFF.
2026 APR 14 PM8:23

PLEADING TITLE

**Petition**

Date of 13th of April 2026

I Angela Perez Dowling doing an petition to Miss Laura M Danks shareholder/executive Director I Angela just have concerns I Angela would like to give a notice of a petition. There is somebody in your law firm that is handing as defense, a workers compensation case that I have filed since a 2021 my concerns is just a review on the person that is handling the case my name is Angela Perez Dowling 12 14.1979 your firm is other party compensation firm

I Angela, Perez Dowling  vs your law  firm your firm represents the other party versus myself Angela Perez Dowling (worker's compensation case)

Unknown stating that unknown are not receiving documentations that are being filed that were also filed / sent out.  My concerns also how long this case

PLEADING TITLE - 1

has been in court as too why every-time statement of not having medical records ever court hearing. Please review just for the safety of myself the company and everyone around us. Always safety first and the well-being of other people. Please review. Urgent case 2019-present. Today is now April 8th of 2026 case was filed in 2021 due to injury in 2019 to present of 2026. A few more details missing IAngela prefer not to have it on petition I Angela will not discuss any legal terms or conditions with you or the firm to jeopardize my case.

Can be discussed 2019-2023

2024-present "2026 with attorney

Petition to:

Petition :

- Laura M Danks *8000 Midlantic Dr., Ste 300S*
  *P.O. Box 5016 Mt. Laurel Township, NJ 08054-5016*

  Grounds/Cause of Action: Legal reasons why you are entitled to relief: Review cause brief statement petition Grounds/Cause of Action    Clearly state exactly what you want the court to do

**Relief**

**Notice of petition to be sent**

PLEADING TITLE - 2

ANSWER WITH GOOD FAITH being honest, fair, sincere, and transparent, with a genuine intention to act ethically and without deceit, even if the outcome isn't as desired, focusing on understanding.

Jury Demand (Optional): If you want a jury trial, state "Jury Trial Demanded".: IF NEED, IF NOT RESULTED

Angela Perez Dowling
34 Webster street
North Arlington New Jersey
07031
8623957971 |
Aaj2805@gmail.com
Signature :  04.14.26
Angela Perez Dowling

REC'D SDNY CLERK'S OFF.
2026 APR 14 PM8:23

Angela D Perez
4022 East greenway street
Suit 11 P.O. Box 3
Phoenix Arizona 85031
979.288.8659 |
Aaj2805@gmail..co

Verification: A sworn statement that the petition's contents are true best to my knowledge and/or best of my ability.

PLEADING TITLE - 3

Align top of FedEx® shipping label here.

To: United States
Court of
New Jersey

Envelope
Recycle me.

From: Angela D Dowling

RECEIVED
SDNY PRO SE C
2026 APR 16 AM 1



RECEIVED
APR 15 2026
CLERK'S OFFICE
S.D.N.Y.

